UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERENCE K. WOLFE,

    Plaintiff,

vs.                                       CASE NO. 8:13-CIV-2308-T-EAK-TGW

EMCARE, INC.,

    Defendant.
_____/

### ORDER DENYING MOTION TO ADD A PARTY

This cause is before the Court on the motion for leave to add a party defendant (Doc. 46) and response (Doc. 50). The *pro se* Plaintiff filed an amended complaint in state court with the following counts: I. Florida Consumers Practices Act and II. Fair Debt Collection Practices Act. Based on this amended complaint, the Defendant removed the case to this jurisdiction on September 6, 2013.

The Court has previously denied the Plaintiff's motion to drop the federal cause of action and to remand the case to state court (Doc. 43). The Court gave the Plaintiff the opportunity to proceed on the federal cause of action or not but ordered that the case would remain in federal court. The Plaintiff did not drop the federal cause of action so the case proceeds under the amended complaint. Now the Plaintiff is attempting to add another defendant to this case, more than six months after the

deadline set for amendments and adding parties.  The Court finds no basis for allowing such an addition to this case so much past the deadline.  Accordingly, it is

**ORDERED** that the motion to add a party defendant (Doc. 46) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 9th day of September, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record